<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 01-7289**

―――――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHARLIE WADE POWELL,

Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem. N. Carlton Tilley, Jr., Chief District Judge. (CR-88-193)

―――――――――――

Submitted: November 8, 2001    Decided: November 16, 2001

―――――――――――

Before WILKINS, MICHAEL, and KING, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Charlie Wade Powell, Appellant Pro Se. Douglas Cannon, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charlie Wade Powell appeals the district court's order denying his motion for modification of sentence under 18 U.S.C.A. § 3582(c)(2) (West 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Powell</u>, No. CR-88-193 (M.D.N.C. July 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2